# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUDOLPH REED, | 1: 03 CV 6133 DLB HC |
|     Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE COPY OF TRIAL TRANSCRIPT |
|     v. | |
| K. PROSER, Warden, | |
|     Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. (Court Docs. 3, 14, 16.)

This case is ready to review on the merits. In reviewing Respondent's answer to the petition, Respondent cites to a portion of prosecutor's opening statement; however, the trial transcripts submitted by Respondent do not contain the transcription of the opening statement, it merely states "Whereupon the People started an opening statement." (RT at 39.) Accordingly, within **ten** days from the date of service of this order, Respondent shall submit a complete copy of the trial transcripts including the portion of the prosecution's opening statement.

IT IS SO ORDERED.

Dated:   May 12, 2005                              /s/ Dennis L. Beck
3b142a                                            UNITED STATES MAGISTRATE JUDGE